MARY M. DE LUCE, Respondent, v. JOHN KELLY, Appellant.

(Argued November 21, 1878; decided December 10, 1878.)

*R. S. Green* for appellant.

*Charles E. Miller* for respondent.

AGREE to affirm on opinion below.

All concur.

Judgment affirmed.

---

MOSES SINGER, Plaintiff in Error, v. THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued November 22, 1878; decided December 10, 1878.)

REPORTED below, 13 Hun, 418.

*Max Huebner* for plaintiff in error.

*Benjamin K. Phelps* for defendants in error.

Agree to affirm without opinion.

All concur, except CHURCH. Ch. J., dissenting.

Judgment affirmed.